UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :
:  Crim. No. 11-282 (DMC)
v. :
:  HONORABLE DENNIS M. CAVANAUGH, U.S.D.J.
ALFRED HERNANDEZ, :
:  CONSENT ORDER TO
Defendant. :  AMEND PRETRIAL
:  RELEASE CONDITIONS

THIS MATTER having come before the Court upon the application of Defendant Alfred Hernandez (Candace Hom, Assistant Federal Public Defender, appearing) for an order modifying bail conditions in this matter, and the Government (Kathleen O'Leary, Assistant United States Attorney, appearing), and U.S. Pretrial Services having no objection to Mr. Hernandez's request; and for good cause shown;

IT IS on this __18__ day of May 2012,

HEREBY ORDERED that the bail conditions previously imposed upon Mr. Hernandez are modified as follows: U.S. Pretrial Services is ordered to release Mr. Hernandez's passport to him for the limited purpose of renewing his state-issued identification card, and Mr. Hernandez is to return the passport to U.S. Pretrial Services as soon as his identification card is renewed; and

IT IS FURTHER ORDERED that all other bail conditions remain the same.

_____
HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE