# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Alfred Joshua Hernandez

Cr.: 11-00282-001
PACTS #: 58883

Name of Sentencing Judicial Officer: The Honorable Dennis M. Cavanaugh

Date of Original Sentence: 11/14/12

Original Offense: Conspiracy to Commit Credit Card Fraud

Original Sentence: Two years probation with four months electronic monitoring; $39,246.77 restitution; $100 special assessment

Type of Supervision: Probation                    Date Supervision Commenced: 11/14/12

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |

1

The offender has violated the special supervision condition which states **'ALCOHOL/DRUG TESTING AND TREATMENT**

**You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'**

On December 19, 2012, the undersigned officer met with the offender at his residence, at which time a random urine sample was taken and tested via a ten-panel instant test, which confirmed positive results for marijuana. The offender immediately admitted he smoked marijuana the day before his federal sentencing for the instant offense, as he believed he would be going to prison. The offender executed a Drug Admission Form, dated December 19, 2012, admitting to marijuana use on November 13, 2012.

U.S. Probation Officer Action:

The offender has been verbally reprimanded for his actions and advised that the Court would be notified of his non-compliance. If Your Honor approves, the probation office will increase urine monitoring for illicit drug use detection and will present the offender with <u>New Directions Substance Abuse Lifeskills Course</u>, a home study, behavioral science workbook for overcoming drug and alcohol addictions, which the undersigned officer will oversee to completion. The probation officer respectfully requests that the Court sign this petition, agreeing to this noncompliance response.

Respectfully submitted,

Gisella M.
Bassolino
2013.01.02
10:23:41 -05'00'

By: Gisella M. Bassolino                    Carolee Ann
U.S. Probation Officer                      Azzarello
                                            2013.01.02
Date: 01/02/2013                            10:39:36 -05'00'

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other: Have the offender complete the <u>New Directions Substance Abuse Lifeskills Course</u> workbook

Signature of Judicial Officer

3 JANUARY 2013
Date